UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UTICA MUTUAL INSURANCE COMPANY,

                Plaintiff,

        - against -                               No.: 11-cv-8207 (AKH)

INA REINSURANCE COMPANY,
N/K/A R&Q REINSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------X

## PLAINTIFF UTICA MUTUAL INSURANCE COMPANY'S NOTICE OF MOTION FOR PERMISSION TO FILE UNDER SEAL PORTIONS OF UTICA'S REPLY FILINGS IN SUPPORT OF UTICA'S MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that, upon Utica's Memorandum Setting Forth The Reasons Why Sealing Is Appropriate Under the Circumstances provided to Chambers, Plaintiff Utica Mutual Insurance Company will move this Court, for an Order sealing portions of Utica's Reply Memorandum of Law in Support of Utica's Motion for Preliminary Injunction and the Declaration of Syed S. Ahmad Submitted with Reply for Utica's Motion for Preliminary Injunction (collectively, the "Reply"), and for such other relief as the Court deems just and proper.

Pursuant to the Honorable Alvin K. Hellerstein's Individual Rule 4.B(i), Utica has filed this Notice of Motion and redacted versions of the Reply on ECF. Utica has also submitted unredacted copies of the Reply to Chambers, identifying the specific information sought to be sealed, and a memorandum setting forth the reasons why sealing is appropriate under the circumstances.

Dated: New York, New York  
December 23, 2011

HUNTON & WILLIAMS LLP

By: /s/ Robert J. Morrow  
Robert J. Morrow  
HUNTON & WILLIAMS LLP  
200 Park Avenue  
New York, New York 10166  
(212) 309-1000  
rmorrow@hunton.com

Walter J. Andrews (to be admitted *pro hac vice*)  
Syed S. Ahmad (to be admitted *pro hac vice*)  
Patrick M. McDermott (to be admitted *pro hac vice*)  
HUNTON & WILLIAMS LLP  
1751 Pinnacle Drive, Suite 1700  
McLean, Virginia 22102  
(703) 714-7400  
wandrews@hunton.com  
sahmad@hunton.com  
mcdermottp@hunton.com

*Counsel for Utica Mutual Insurance Company*

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am the Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Plaintiff Utica Mutual Insurance Company.

That on December 23, 2011, I served a true copy of the foregoing, on counsel of record for Defendant, at the address listed below, via First-Class Mail, by depositing the same in a duly-enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America, within the State of New York

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2011.

/s/ Bradford C. Mulder
Bradford C. Mulder

TO: John F. Finnegan, Esq.
Michael Samalin, Esq.
Robert A. Schwinger, Esq.
Thomas J. Hall, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112-0127

*Attorneys for Defendant*
*INA Reinsurance Company n/k/a R&Q Reinsurance Company*