UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UTICA MUTUAL INSURANCE COMPANY,

               Plaintiff,

    - against -

INA REINSURANCE COMPANY,
N/K/A R&Q REINSURANCE COMPANY,

               Defendant.
-----------------------------------------------------------X

**Redacted**

No.: 11-cv-8207 (AKH)

### DECLARATION OF SYED S. AHMAD SUBMITTED WITH REPLY FOR PLAINTIFF UTICA MUTUAL INSURANCE COMPANY'S <u>MOTION FOR PRELIMINARY INJUNCTION</u>

I, Syed S. Ahmad, hereby declare:

1. I am an attorney at Hunton & Williams, counsel for Utica Mutual Insurance Company in the above captioned matter.

2. I make this declaration in support of Utica's Motion for Preliminary Injunction.

3. Attached are true and correct copies of the following exhibits:

| **Exhibit No.** | **Description** |
|---|---|
| 6 | December 5, 2008 Letter from John Finnegan to Bernard Turi |
| 7 | December 19, 2008 Letter from Walter Andrews to John Finnegan |
| 8 | January 14, 2009 Letter from John Finnegan to Walter Andrews |
| 9 | [REDACTED] |
| 10 | [REDACTED] |
| 11 | [REDACTED] |

| | |
|---|---|
| 12 | ██████████████████████████ |
| 13 | ██████████████████████████ |
| 14 | ██████████████████████████ |
| 15 | Order Allowing Limited Disclosure of Certain Filings Under Seal, filed in the Northern District of New York on December 21, 2011 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2011.

/s/ Syed S. Ahmad<br>
Syed S. Ahmad

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am the Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Plaintiff Utica Mutual Insurance Company.

That on December 23, 2011, I served a true copy of the foregoing, on counsel of record for Defendant, at the address listed below, via First-Class Mail, by depositing the same in a duly-enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America, within the State of New York

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2011.

/s/ Bradford C. Mulder
Bradford C. Mulder

TO: John F. Finnegan, Esq.
Michael Samalin, Esq.
Robert A. Schwinger, Esq.
Thomas J. Hall, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112-0127

*Attorneys for Defendant*
*INA Reinsurance Company n/k/a R&Q Reinsurance Company*