UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                                :
UTICA MUTUAL INSURANCE COMPANY,                                 :
                                                                :
                    Plaintiff,                                  :
                                                                :
               - against -                                      :   No.: 11-cv-8207 (AKH)
                                                                :
INA REINSURANCE COMPANY,                                        :
N/K/A R&Q REINSURANCE COMPANY,                                  :
                                                                :
                    Defendant.                                  :
----------------------------------------------------------------X

### PLAINTIFF UTICA MUTUAL INSURANCE COMPANY'S NOTICE OF MOTION FOR PERMISSION TO FILE UNDER SEAL PORTIONS OF UTICA'S FILINGS IN SUPPORT OF ITS OPPOSITION TO DEFENDANT R&Q REINSURANCE COMPANY 'S MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon its Memorandum Setting Forth The Reasons Why Sealing Is Appropriate Under the Circumstances, provided to Chambers, Plaintiff Utica Mutual Insurance Company will move this Court for an Order sealing portions of Utica's Memorandum of Law in Opposition to R&Q Reinsurance Company's Motion to Dismiss and the Declaration of Syed S. Ahmad in Support of Utica's Memorandum of Law in Opposition to R&Q's Motion to Dismiss (collectively, the "Opposition") and for such other relief as the Court deems just and proper.

Pursuant to the Honorable Alvin K. Hellerstein's Individual Rule 4.B(i), Utica has filed this Notice of Motion and redacted versions of the Opposition on ECF. Utica has also submitted unredacted copies of the Opposition to Chambers, identifying the specific information sought to be sealed, and a memorandum setting forth the reasons why sealing is appropriate under the circumstances.

Dated:  New York, New York
       December 27, 2011

HUNTON & WILLIAMS LLP

By:    /s/ Robert J. Morrow
Robert J. Morrow
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
(212) 309-1000
rmorrow@hunton.com

Walter J. Andrews (to be admitted *pro hac vice*)
Syed S. Ahmad (to be admitted *pro hac vice*)
Patrick M. McDermott (to be admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102
(703) 714-7400
wandrews@hunton.com
sahmad@hunton.com
mcdermottp@hunton.com

*Counsel for Utica Mutual Insurance Company*

2

## DECLARATION OF SERVICE

Raymond E. Galbraith, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a Litigation Paralegal at the law firm of Hunton & Williams LLP, attorneys for Plaintiff Utica Mutual Insurance Company.

That on December 27, 2011, I served a true copy of the foregoing, on counsel of record for Defendant, at the address listed below, via First-Class Mail, by depositing the same in a duly-enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America, within the State of New York

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2011.

/s/ Raymond E. Galbraith
Raymond E. Galbraith

TO: John F. Finnegan, Esq.
Michael Samalin, Esq.
Robert A. Schwinger, Esq.
Thomas J. Hall, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112-0127

*Attorneys for Defendant*
*INA Reinsurance Company n/k/a R&Q Reinsurance Company*