UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UTICA MUTUAL INSURANCE COMPANY,

          Plaintiff,

    - against -

INA REINSURANCE COMPANY,
N/K/A R&Q REINSURANCE COMPANY,

          Defendant.
------------------------------------------------------------X

**Redacted**

No.: 11-cv-8207 (AKH)

### DECLARATION OF SYED S. AHMAD SUBMITTED WITH UTICA'S OPPOSITION TO R&Q'S MOTION TO DISMISS

I, Syed S. Ahmad, hereby declare:

1. I am an attorney at Hunton & Williams, counsel for Utica Mutual Insurance Company in the above captioned matter.

2. I make this declaration in support of Utica's opposition to R&Q Reinsurance Company's Motion to Dismiss.

3. Attached are true and correct copies of the following exhibits:

| Exhibit No. | Description |
|---|---|
| 1 | Utica's Complaint Against R&Q in captioned lawsuit (including Exhibits 1 to 4) |
| 2 | ███████████████████████ |
| 3 | Utica's First Amended Complaint Against Fireman's Fund Insurance Company, filed electronically in the Northern District of New York on December 22, 2009 |
| 4 | ███████████████████████ |
| 5 | December 21, 2011 Order from Northern District of New York |

| 6 | ████████████████████████████████████████████████ |
|---|---|
| 7 | Utica's Motion to Strike filed electronically in the Northern District of New York on November 15, 2011 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2011.

                                                            /s/ Syed S. Ahmad
                                                            Syed S. Ahmad

## DECLARATION OF SERVICE

Raymond E. Galbraith, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a Litigation Paralegal at the law firm of Hunton & Williams LLP, attorneys for Plaintiff Utica Mutual Insurance Company.

That on December 27, 2011, I served a true copy of the foregoing, on counsel of record for Defendant, at the address listed below, via First-Class Mail, by depositing the same in a duly-enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America, within the State of New York

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2011.

/s/ Raymond E. Galbraith
Raymond E. Galbraith

TO: John F. Finnegan, Esq.
Michael Samalin, Esq.
Robert A. Schwinger, Esq.
Thomas J. Hall, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112-0127

*Attorneys for Defendant*
*INA Reinsurance Company n/k/a R&Q Reinsurance Company*