UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UTICA MUTUAL INSURANCE COMPANY,

           Plaintiff,

   - against -

INA REINSURANCE COMPANY,
N/K/A R&Q REINSURANCE COMPANY,

           Defendant.
-------------------------------------------------------------X

No.: 11-CV-8207(AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/12

## ORDER FOR ADMISSION OF WALTER J. ANDREWS, SYED S. AHMAD, AND PATRICK M. McDERMOTT *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Robert J. Morrow, attorney for Plaintiff, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

|  |  |
|---|---|
| Applicant's Name: | Walter J. Andrews |
| Firm Name: | Hunton & Williams LLP |
| Address: | 1751 Pinnacle Drive, Suite 1700 |
|  | Tysons Corner |
| City/State/Zip: | McLean, Virginia 22102 |
| Phone Number: | (703) 714-7400 |
| Fax Number: | (703) 714-7410 |
| E-mail address: | wandrews@hunton.com |

- and -

|  |  |
|---|---|
| Applicant's Name: | Syed S. Ahmad |
| Firm Name: | Hunton & Williams LLP |
| Address: | 1751 Pinnacle Drive, Suite 1700 |
|  | Tysons Corner |
| City/State/Zip: | McLean, Virginia 22102 |
| Phone Number: | (703) 714-7400 |
| Fax Number: | (703) 714-7410 |
| E-mail address: | sahmad@hunton.com |

- and -

|  |  |
|---|---|
| Applicant's Name: | Patrick M. McDermott |
| Firm Name: | Hunton & Williams LLP |
| Address: | 1751 Pinnacle Drive, Suite 1700 |
|  | Tysons Corner |
| City/State/Zip: | McLean, Virginia 22102 |
| Phone Number: | (703) 714-7400 |
| Fax Number: | (703) 714-7410 |
| E-mail address: | mcdermottp@hunton.com |

are admitted to practice *pro hac vice* as counsel for Plaintff, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: January 19, 2012
New York, New York

_____
U.S.D.J.